IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSE E. GONZALEZ, | ) | 4:14CV3089 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| SOUTH SIOUX CITY POLICE | ) | |
| DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on Plaintiff's request for summons forms. (Filing Nos. 8 and 9.) Plaintiff is proceeding in forma pauperis in this matter. The court is required to review in forma pauperis complaints to determine whether summary dismissal is appropriate. *See* 28 U.S.C. § 1915(e)(2). The court must dismiss a complaint or any portion thereof that states a frivolous or malicious claim, that fails to state a claim upon which relief may be granted, or that seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B). The court has not completed its initial review of Plaintiff's Complaint and this matter may not proceed to service until it does so. If the court determines this matter may proceed to service, it will send summons forms to Plaintiff and also extend the time in which Plaintiff has to serve Defendants with process. The court will complete its initial review in its normal course of business.

    IT IS THEREFORE ORDERED that: Plaintiff's request for summons forms is denied.

    DATED this 3rd day of November, 2014.

                                                        BY THE COURT:

                                                     s/ Joseph F. Bataillon
                                                     Senior United States District Judge